IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH DOXIE,<br><br>                                   Plaintiff,<br><br>         v.<br><br>C. MACDONALD, et al.,<br><br>                                   Defendant. | No. 2:14-cv-1977 WBS CKD P<br><br>ORDER |

The court has considered defendant's motion for a modification of the Scheduling Order to stay discovery until plaintiff is returned to his regular housing.  Good cause appearing for this request, defendant's motion (ECF No. 22) is GRANTED.  Discovery shall be stayed in this matter until the court receives notification that plaintiff is able to participate in the discovery process.  No later than thirty days from the date of this order, defendant shall file a status update on plaintiff's housing.

   IT IS SO ORDERED.

Dated: June 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE