UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DOXIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. McDONALD, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1977 WBS CKD P<br><br><br>ORDER |

On June 2, 2015, discovery in this action was stayed until plaintiff could be moved from a mental health crisis facility into regular housing. (ECF No. 23.) On June 18, 2015, defendant McDonald notified the court that plaintiff has been rehoused and is able to send and receive mail and possess legal documents. (ECF No. 24.) Defendant has mailed a new copy of his Answer to plaintiff and believes that plaintiff will be able to participate in the litigation from this point forward. (Id. at 2.) Accordingly, the court will lift the discovery stay and set new deadlines in this action.

IT IS HEREBY ORDERED THAT:

1. The stay of discovery is lifted;

2. The Discovery and Scheduling Order (ECF No. 20) is partially vacated, in that the deadlines are reset as follows:

/////

1

3. The parties may conduct discovery until November 6, 2015. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

4. All pretrial motions, except motions to compel discovery, shall be filed on or before February 5, 2016.

5. Except for the foregoing dates, the Discovery and Scheduling Order remains in effect.

Dated: July 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / doxi1977.lift