UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DOXIE, | No. 2:14-cv-1977 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. MACDONALD, et al., | |
| Defendants. | |

On February 2, 2016 defendant MacDonald[1] filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /46osc

---

[1] The correct spelling of defendant's name, per defendant's motion.

1